MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK
10011 TELEPHONE: 212-433-2554

May 20, 2024

Honorable Arun Subramanian
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

> Re:    Samuel Lopez vs. Lex & Third 116th St. Corp, et al.
> Civil Action No.: 1:24-cv-01347-AS
> Motion to Adjourn Conference In RE: The February 26, 2024 Scheduling Order [DE#7]

Dear Honorable District Judge Subramanian,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's February 26, 2024 Scheduling Order [DE#7], the Parties are required to participate in the initial status conference of May 28, 2024.

Foremost, the Plaintiff moves for an adjournment of the initial conference and its associated deadlines, namely for personal reasons. After discussing the issue with the Defendant counsel, the Defendants consent to the adjournment, which is made more than 48 hours in advance to the conference.

For these reasons, Plaintiff requests the adjournment and rescheduling at the Court's honorable and sagacious discretion. .

This extension will not affect any other deadlines or events in this case.

Thank you for your time in considering this request.

Most Respectfully,

/s/ Maria-Costanza Barducci

BARDUCCI LAW FIRM PLLC

Maria-Costanza Barducci Esq.

---

The request is DENIED. Once the parties submit the case-management plan and letter required by the Court's February order, the Court will consider adjourning the conference.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: May 20, 2024